STACY ET AL., APPELLANTS, *v.* NATIONWIDE MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Stacy v. Nationwide Mut. Ins. Co.* (1999), 85 Ohio St.3d 1203.]

(No. 98–668—Submitted February 9, 1999—Decided March 31, 1999.)

*Murray & Murray Co., L.P.A., James T. Murray* and *Joseph A. Zannieri,* for appellants.

*Flynn, Py & Kruse, L.P.A.,* and *John D. Py,* for appellee.

*Clark, Perdue, Roberts & Scott* and *Edward L. Clark, Jr.,* urging reversal for *amicus curiae,* Ohio Academy of Trial Lawyers.

———————

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., GRADY, COOK and LUNDBERG STRATTON, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals.

DOUGLAS, J., dissents.

THOMAS J. GRADY, J., of the Second Appellate District, sitting for RESNICK, J.